AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

FELICIA GUTIERREZ, o.b.o.
J.G., a minor child,

                                                                                                   JUDGMENT IN A CIVIL CASE

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,                        CASE NUMBER: CV-08-0394-CI

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's Motion for Summary Judgment is GRANTED IN PART and the matter is REMANDED TO THE COMMISSIONER FOR CALCULATION OF BENEFITS WITH AN ESTABLISHED ONSET DATE OF MAY 5, 2007, AND AN IMMEDIATE AWARD OF BENEFITS.  Defendant's Motion for Summary Judgment is DENIED.

December 4, 2009                                      JAMES R. LARSEN
*Date*                                                                       *Clerk*
                                                                                     s/ Shirley Peters
                                                                                     *(By) Deputy Clerk*
                                                                                     Shirley Peters